**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ERIC WILLIAM MUILENBURG**                                                  **PLAINTIFF**

**v.**                                                                       **No. 1:05CV301-D-A**

**SHERIFF LADDIE HUFFMAN, ET AL.**                                           **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 17th day of January, 2006.

                                                    /s/ Glen H. Davidson
                                                    CHIEF JUDGE