# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ERIC WILLIAM MUILENBURG**                                                  **PLAINTIFF**

v.                                                                                                   **No. 1:05CV301-D-A**

**SHERIFF LADDIE HUFFMAN, ET AL.**                                        **DEFENDANTS**

## MEMORANDUM OPINION

This matter comes before the court on the *pro se* prisoner complaint of Eric William Muilenburg, challenging the conditions of his confinement under 42 U.S.C. § 1983. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated at the time he filed this suit. For the reasons set forth below, the instant case shall be dismissed for failure to state a claim upon which relief could be granted.

## Discussion

The plaintiff's complaint is simply a list detailing the reasons he dislikes being incarcerated. The plaintiff has not alleged that he has been injured in any way, and his complaint is vague and undefined. The plaintiff alleges that the defendants failed:

> to protect the basic civil rights of the incarcerated including but not limited to basic health conditions, inmate [violence], ignoring inmate requests, ignoring inmate medical requests, [*Miranda*] rights violations, and verbal threats.
>
> All the above is detailed in a running journal of daily occurrences kept by [the plaintiff] and [copied to his attorney - but not provided to the court].

These allegations are merely conclusory and must therefore be dismissed. *Young v. Biggers*, 938 F.2d 565 (Miss. 1991). These bare allegations thus fail to state a claim upon which relief

could be granted and shall be dismissed for that reason. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED,** this the 17th day of January, 2006.

/s/ Glen H. Davidson
CHIEF JUDGE